Pg. 1

2/21/20

United States District Court
Eastern District Court
Honorable Judge Anne Y. Shields
100 Federal Plaza
Central Islip, N.Y. 11722

Whetsel Wade

v

The City of New York, Kings County District Attorney Eric Gonzales, New York City Detective Ronald J. Montas, Brian Swiney, all sued in their individual and official capacity.

Plaintiff.
Amended Civil Rights Complaint

19-CV-02687
JS/AYS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2020 ★
LONG ISLAND OFFICE

Plaintiff's Information
Whetsel Wade 19R1282
Greene Correctional Facility
P.O. Box 975
Coxsackie, New York, 12051

RECEIVED
MAR 03 2020
EDNY PRO SE OFFICE

Amended Complaint.

On or about July 27, 2016, in the early morning Detectives opened the front door of my residence, in which my 16 yr old son left unlocked, The detective then entered the home yelling, scaring my son and tenants. I awoke to see the Detective in my house stating that I have to come with them, because of a fight I may have had.

→

I, plaintiff being cooperative, knowing I didn't have any fight. Still these detective frisked me, felt my scrotum and told me to squat and frisked me as if I had a weapon or hiding something small. This seemed very unnecessary for a fight.

However after picking several others up. while under arrest in a van we made several stop. Until the precinct where I was brought to an upstair part to be interrogated and I believe taped and pointed out only the person that filed whatever complaint never showed up. The defendant Det Montas told me he didn't believe the guy because he came in naming superior officers that he knows. Det Montas also told me he told the guy (Defendant B. Swiney) that if he was lying he will lock him up.

The complaint was told by Defendant B. Swiney, that 25 days prior he was robbed by this plaintiff in which so happen to be the plaintiff's Birthday. And several pictures were taken and proof of whereabouts was secured. Also 345 Classon Avenue has a precinct on the exact same block where police are passing less than every 3 minutes.

As an experienced Detective employed by the City of New York. trained and supervised.

→

The question should arise of why was the attention of the Police called. Why was there no phone calls to the police. Why did this plaintiff wait so many days to report this complaint.

As a result of this I was strip search and booked. Only to get a slew of charges, a 40,000, Bond 20,000 cash Bail.

I, plaintiff, was bonded out only to violate a federal V.S.O.R. so was brought to the federal custody where I remained for 16 days, to be released only on $100,000 bond, and very strick conditions a 6pm curfew, and home confinement. Wearing a monitoring bracelet. That this plaintiff had to pay for. I was deprived gainful employment, in trouble if I had to promptly take my mother to hospital. Could not visit my children in Bronx, or Queens. I, plaintiff, could not get treated properly due to car accident. No MRI, limited therapy because of bracelet. Could not work long hours or go on the field to work, only made $150. a week.

This cause grand pain and suffering. As well as many other wrong decisions that caused more severe pain, mental and emotional anguish.

I never received any monies back from Bondsman or Bail. The home confinement began a cycle of bad events. I became a pauper. And forced to stagnate my life that I just got back less than 2 years ago. My family needed me to work and be there.

↪

On the day I was going to testified on the Grand Jury. I was arrested on a violation of Supervised Release. For something I am completely innocence of my Probation Officer. Was convinced that easily.

Plaintiff Believes in some way Defendant may have also sought to get rid of Plaintiff stating this complaint to put me in long term trouble. This Plaintiff believes. Defendant Brian Swiney didn't stop there. And kept attacking until he got what he wanted.

If the Defendant det. Montas, is truthful and remembers this complaint. There was no reason to destroy my life like that. However he requested $50,000 bail and stated there were accomplices.

In Defendant's complaint he stated that this Plaintiff pulled the trigger which enhances the perception of an individual. (Prejudgement) and defamation of character. Mentally, Spiritually, & emotionally I became bankrupted. The amount of time held over my head for something I was not around for had me very weak & distraught. This has effected my childrens lives, my mother health, and my freedom, and sanity.

In conclusion, I seek justice, damages, and request of diplomatic discernment from Supervised and trained officials.

pg 5

In some this Plaintiff Also Request A summary judgement. At the disgression of this court.

I respectfully submit this motion to this court.

Respectfully submitted
Whetsto Wade
19R1282
2/21/20

GREENE CORRECTIONAL FACILITY
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: Whetsel Wade         DIN: 19R1282

GREENE ★ CORRECTIONAL FACILITY

NEOPOST
02/25/2020
US POSTAGE $000.50

ZIP 12051
041M11287879

United States District Court
Eastern District of New York.
Pro Se Office / Long Island
100 Federal Plaza
Central Islip, N.Y. 11722

\* Legal Mail